

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00245-CR

CHARLES CLEVELAND NOWDEN, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 297th District Court
Tarrant County, Texas
Trial Court No. 1080543D

---

### ORDER

It has come to the court's attention that the notice of appeal from the above-referenced trial court cause number was filed under a criminal docket number. The appeal should have been given a civil docket number. *See* Tex. Code Crim. Proc. Ann. art. 47.12(a); *Bretz v. State*, 508 S.W.2d 97, 97–98 (Tex. Crim. App. 1974). Accordingly, appeal number 02-19-00245-CR is ordered closed. The appeal from the above trial court cause number will proceed under appeal number 02-19-00297-CV in

the same manner as in other civil cases. All papers that have been filed in the closed appeal number shall be considered filed in appeal number 02-19-00297-CV.

We direct the clerk of the court to send a notice of this order to the appellant, the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

Dated August 14, 2019.

Per Curiam